UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CLINTON HAUSER, et al.,<br><br>Defendants. | Case No.  1:13-cv-01072-LJO-SKO<br><br>**ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the Settlement Conference is hereby continued from June 17, 2014 to Thursday, August 14, 2014 at 10:00 a.m.  The parties shall submit a Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov at least one (1) week prior to the settlement conference.

IT IS SO ORDERED.

Dated:   **June 11, 2014**

UNITED STATES MAGISTRATE JUDGE