UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:13-CV-1072-LJO-SKO |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT TIMOTHY CLINTON HAUSER (Doc. 34)** |
| vs. | |
| TIMOTHY CLINTON HAUSER, et al., | |
| Defendants. | |

Based on the July 24, 2014 stipulation for dismissal,[1] this Court DISMISSES defendant Timothy Clinton Hauser WITHOUT PREJUDICE and DIRECTS the Clerk of Court not to close this action.

**SO ORDERED**
**Dated: July 25, 2014**

　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　**United States District Judge**

---

[1] The parties do not provide the grounds on which their dismissal is based. Their request will be construed as one brought under Fed. R. Civ. P. 41(a)(1)(A)(ii), and, pursuant to Fed. R. Civ. P. 41(a)(1)(B) will therefore be without prejudice.

1