UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:13-CV-1072-LJO-SKO |
| Plaintiff, | AMENDED **ORDER TO DISMISS DEFENDANT TIMOTHY CLINTON HAUSER WITH PREJUDICE (Doc. 34)** |
| vs. | |
| TIMOTHY CLINTON HAUSER, et al., | |
| Defendants. | |

On July 25, 2014, this Court entered an order to dismiss Defendant Timothy Clinton Hauser <u>without</u> prejudice. Doc. 35. It has come to the Court's attention that the parties' stipulation of dismissal called for dismissal <u>with</u> prejudice. Doc. 34. Therefore, this Court AMENDS its previous order to DISMISS defendant Timothy Clinton Hauser WITH PREJUDICE. The Clerk of Court is directed not to close this action.

IT IS SO ORDERED.

Dated:  **July 28, 2014**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1