# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **1:13-CV-1072 LJO SKO** |
| **Plaintiff,** | **ORDE DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE** |
| **v.** | |
| **TIMOTHY CLINTON HAUSER,** *et al.*, | |
| **Defendants.** | |

　　　　Pursuant to a February 12, 2014 Order adopting in part the Findings and Recommendations of the Magistrate Judge, the Court granted Plaintiff's motion for default judgment against Defaulting Defendants Arnold Vergara Rodriguez, Efren Almodovar Sosa, Jeffrey Ray Thompson, and HRTS. Doc. 30. Judgment was not entered at that time because claims remained pending against Defendant Timothy Clinton Hauser. Pursuant to a July 28, 2014 Order, all remaining claims against Timothy Clinton Hauser were dismissed with prejudice. Accordingly, all claims against all Defendants have been resolved.

　　　　Pursuant to Fed. R. Civ. P. 56, the Clerk of Court is directed to enter judgment in accordance with the February 12, 2014 Order and to CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated:   __October 6, 2014__              ____/s/ Lawrence J. O'Neill____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE